SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnson,<br><br>        Plaintiff,<br><br>    vs.<br><br>Henson, et al<br><br>        Defendants | Case No. **2:09-cv-02286-JAM-EFB**<br><br>**PLAINTIFF'S REQUEST AND PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL**<br><br>Pretrial Conference: 1/12/2011<br>Time: 3:00 pm<br>Courtroom: 6 |

   Plaintiff, Scott N. Johnson, hereby requests a continuance in which to conduct the pretrial conference currently set for January 12, 2011, at 3pm. Plaintiff believes this matter will be settled but is having a hard time because of the lack of communication from opposing counsel. The Plaintiff has left both voicemail messages and has sent emails to the opposing counsel. Plaintiff predicts the matter will be settled within the next sixty (60) days.

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL

CIV: S-09-cv-02286-JAM-EFB - 1

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  January 5, 2011          /s/Scott N. Johnson

                                 Scott N. Johnson,

                                 Attorney for Plaintiff

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the Pretrial Conference is reset to 3/23/2011 at 3:00 p.m. The parties joint pretrial statement shall be filed on or before 3/16/2011.

IT IS HEREBY ORDERED THAT the Jury trial is reset to 5/2/2011 at 9:00 a.m.

Date: 1/5/2011

                                 /s/ John A. Mendez
                                 U.S. District Court Judge

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF PRETRIAL

CONFERENCE AND TRIAL

CIV: S-09-cv-02286-JAM-EFB - 2

PDF created with pdfFactory trial version www.pdffactory.com