IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiffs,                   No. CIV S-09-2286 KJM EFB

   vs.

ROBERT D. HENSON, et al., ,         ORDER AND ORDER TO SHOW CAUSE

        Defendants

_____/

        This case was on calendar on March 30, 2011 for final pretrial conference.  Scott N. Johnson, Esq., appeared on his own behalf; there was no appearance for defendants.  It also appears that counsel for defendants did not participate in the preparation of a Joint Pretrial Statement, as required by the court's scheduling orders of December 3, 2009 and February 4, 2011.

        IT IS THEREFORE ORDERED:

        1. The trial date of May 2, 2011 is hereby vacated;

        2. The case is set for trial January 9, 2012 and a final pretrial conference set for December 14, 2011.  The parties' joint pretrial statement is due no later than November 22, 2012.

        3. Douglas Jack Haycock is ordered to show cause in writing, within fourteen days of the date of this order, why he should not be sanctioned $250 for his failure to participate in the preparation of the joint status report and his failure to appear at the final pretrial

1

conference. He is also ordered to show cause in writing, within fourteen days of the date of this order, why the answer filed November 20, 2009, should not be stricken and a clerk's entry of default filed.

DATED: April 1, 2011.

_____
UNITED STATES DISTRICT JUDGE

2

john2286.osc

DATED: