1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    SCOTT N. JOHNSON,

11               Plaintiff,                    No. CIV S-09-2286 KJM EFB

12         vs.

13    ROBERT D. HENSON, et al.,

14               Defendant.                    <u>ORDER</u>

15    _____/

16         The proceedings on plaintiff's motion for the entry of default judgment were

17    referred to the magistrate judge under Local Rule 302(c)(19) and 28 U.S.C. § 636.

18         On October 27, 2011, the magistrate judge filed findings and recommendations,

19    which were served on the parties and which contained notice to the parties that any objections to

20    the findings and recommendations were to be filed within fourteen days.  No objections to the

21    findings and recommendations have been filed.  Although the copy served via e-mail on

22    defendants' counsel was returned as undeliverable, defendants have been properly served.  It is

23    counsel's responsibility to keep the court apprised of his current address.  Under Local Rule

24    182(f), service of documents at the record address of the party is fully effective.

25         On the record before it, the court presumes that any findings of fact are correct.

26    *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's

conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed October 27, 2011 are adopted in full;

2. Plaintiff's motion for default judgment against defendants Robert D. Henson and Shauna L. Henson is granted;

3.  Plaintiff is awarded statutory damages in the amount of $8000.00;

4.  Plaintiff is granted an injunction requiring defendants to provide for the correct number and type of properly configured disabled parking spaces, including a van accessible disabled parking space, accessible route, accessibility signage and striping in accordance with the Americans with Disabilities Act of 1990 (ADA) and the Americans with Disabilities Accessibility Guidelines (ADAAG) contained in 28 C.F.R. Part 36; and

5.  The Clerk of the Court is directed to close the case.

DATED:  December 1, 2011.

_____
UNITED STATES DISTRICT JUDGE